# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT COURT OF FLORIDA

In re

**ALAIN VILLAR**

Code 7

Case No. **23-12699**

Debtor,

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
JUL 1 0 2023
FILED _____ RECEIVED _____

## NOTICE OF APPEAL

The Debtor, ALAIN VILLAR to Rule 8002/4/6 hereby files a notice of appeal on the order of June 16th, 2023 to the District Court. **Attached** (A P.1-2

Filed this June 23rd, 2023

/ALAIN VILLAR/
Debtor

FYI
Attached B
Notice of appeal
received by the Clerk (CSPS)
on line 6th, 2023
Hello
not allowed ECF filing
Thru CSP, clerk
filed date



**ORDERED in the Southern District of Florida on June 16, 2023.**

*Corali Lopez-Castro*

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  
Alain Villar  
SSN / ITIN: xxx-xx-8104

Case No. 23-12699-CLC  
Chapter 7  
Adversary Proceeding No.  
U.S. District Court Case No. 23-cv-22211-RNS

_____Debtor_____/

Plaintiff,

vs.

_____Defendant_____/

### ORDER DISMISSING BANKRUPTCY APPEAL

A Notice of Appeal was filed on 06/12/2023, by Debtor Alain Villar

appealing an order entitled (1)-ORDER DENYING MOTION TO RECONSIDER (ECF NO. 33)-(ECF# 41) (2)-ORDER DENYING MOTION TO RECONSIDER (ECF NO. 32) -(ECF# 42)

(rev. 10/16/19)

Page 1 of 2

A review of the record indicates that:

- [✓] The appeal was filed after the time specified in Bankruptcy Rule 8002. [See also Local Rule 8002-1(A).]
- [ ] Appellant failed to timely file the designation of the items for the record or its statement of the issues as required by Bankruptcy Rule 8009. [See also Local Rule 8009-1(A).]
- [ ] A "Notice of Deficiency Related to Filing an Appeal" was provided by the Clerk to the appellant indicating that the filing fee required by Bankruptcy Rule 8003(a)(3)(c) has not been remitted and the appellant has not timely remedied this deficiency. [See also Local Rule 8003-1.]

Accordingly, it is

**ORDERED** that this appeal is DISMISSED as authorized and directed by Local Rule 87.4(c) of the U.S. District Court.

###

**The Clerk shall provide a copy of this order to:**
All parties to the appeal
Office of the U.S. Trustee
U.S. District Court – Southern District of Florida

(rev. 10/16/19)





# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT COURT OF FLORIDA

In re
ALAIN VILLAR                          Case No. 23-12699
                                      Chapter 7
Debtor,

## NOTICE OF APPEAL

The Debtor, ALAIN VILLAR to Rule 8002/4/6 hereby files a notice of appeal on the order of May 23rd, 2023 to the District Court. Attached

Filed this June 5th, 2023

/ALAIN VILLAR/
Debtor

P.4



ORDERED in the Southern District of Florida on May 23, 2023.

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                        Case No. 23-12699-PGH
Alain Villar                               Chapter 7
                                         Adversary Proceeding No. U.S. District
                                         Court Case No.23-cv-21879-BB

_____Debtor_____/
Alain Villar

_____Plaintiff,_____
vs.

Sunwood Inc.

_____Defendant_____/

### ORDER DISMISSING BANKRUPTCY APPEAL

A Notice of Appeal was filed on May 18, 2023 by Alain Villar-Pro Se

appealing an order entitled (1)Granting Creditor Sunwood's Motion To Dismiss and For Relief From Stay[DE#10]; (2) Granting Debtor's Motion To Dismiss[17]; And (3) Denying Debtor's Motion For Sanctions[DE18] (EOD 5/3/2023)

Page 1 of 2

